IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EDDIE JAMES ROBINSON                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 1:17-CV-47-SA -DAS

NANCY A. BERRYHILL                                                     DEFENDANT


ORDER OF DISMISSAL

The Plaintiff in this case filed a Notice of Voluntary Dismissal [6] on the docket pursuant

to Federal Rule of Civil Procedure 41(a)(i) requesting that this Court enter an order dismissing

this case. The Court finds this request well taken. This case is DISMISSED without prejudice.

This CASE is CLOSED.

SO ORDERED on this the 1st day of May, 2017.

                                             /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE